IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18·2105 VJ1 |
| | ) | |
| vs. | ) | 8 U.S.C. §§ 1326(a) and (b): |
| | ) | Re-entry of a Removed Alien. |
| **JAYRON JOEL CHOC-AC,** | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about June 17, 2018, the defendant, **JAYRON JOEL CHOC-AC**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about May 9, 2016, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

JOHN C. ANDERSON
United States Attorney

MARTY A. WOELFLE
Special Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304