# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | **18-2105 JTM** | USA vs. | **CHOC-AC** |
| Date: | **07/17/2018** | Name of Deft: | **JAYRON JOEL CHOC-AC** |
| | Before the Honorable | **J. THOMAS MARTEN, SENIOR UNITED STATES DISTRICT JUDGE** | |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:10 AM – 10:16 AM** | Total Time in Court (for JS10): | **6 MINUTES** |
| Clerk: | **JOANN O. STANDRIDGE** | Court Reporter: | **LCR TORTUGAS** |
| AUSA: | **JONI AUTREY** | Defendant's Counsel: | **ANDRE POISSANT** |
| Sentencing in: | **LAS CRUCES, NM** | Interpreter: | **VELIA SALINAS** |
| Probation Officer: | **ELIZABETH GONZALEZ** | Sworn? | **X** Yes ☐ No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** Information | ☐ Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | | Accepted | | Not Accepted | **X** No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **06/27/2018** | | | | PSR: | **X** Not Disputed | ☐ Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | ☐ Needed |
| Exceptions to PSR: | | | | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): **31 DAYS OR TIME SERVED, WHICHEVER IS LESS**

| | | | |
|---|---|---|---|
| Supervised Release: | | Probation: | 500-Hour Drug Program |
| **X** Court recommends ICE reunite defendant w/minor daughter prior to commencing deportation proceedings. (Note: Daughter is in NY) | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| ☐ No re-entry without legal authorization | ☐ Home confinement for _____ months _____ days |
| ☐ Comply with ICE laws and regulations | ☐ Community service for _____ months _____ days |
| ☐ Part in/success complete subst abuse program/testing | ☐ Reside halfway house _____ months _____ days |
| ☐ Part in/success complete mental health program | ☐ Register as sex offender |
| ☐ Refrain from use/possession of alcohol/intoxicants | ☐ Participate in sex offender treatment program |
| ☐ Submit to search of person/property | ☐ Possess no sexual material |
| ☐ No contact with co-defendant and co-conspirators | ☐ No computer with access to online services |
| ☐ No entering, or loitering near, victim's residence | ☐ No contact with children under 18 years |
| ☐ Provide financial information | ☐ No volunteering where children supervised |
| ☐ Grant limited waiver of confidentiality | ☐ Restricted from occupation with access to children |
| ☐ Participate in an educational or vocational program | ☐ No loitering within 100 feet of school yards |
| OTHER: | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ | | Restitution: $ | |
| SPA: | $ **WAIVED** | | Payment Schedule: ☐ Due Imm. | **X** Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| | OTHER COMMENTS | | |